UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Shelly Brady**, | ) |
| | ) Case No. 1:09-cv-293 |
| Plaintiff, | ) |
| | ) Hon. Paul L. Maloney |
| v. | ) |
| | ) |
| **NCO Financial Systems, Inc.**, | ) |
| a Pennsylvania corporation, | ) |
| | ) |
| Defendant. | ) |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff through her attorney of record, and defendant through its attorneys of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice.

Dated: July 2, 2009

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
Consumerlawyer@aol.com

Dated: July 2, 2009

/s/ Deborah A. Lujan
Deborah A. Lujan (P46990)
Collins, Einhorn, Farrell & Ulanoff
Attorneys for Defendant
4000 Town Center, Suite 909
Southfield, Michigan 48075
(248) 355-4141
deborah.lujan@ceflawyers.com